

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 3 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERROLD BRUCE HARRIS,<br><br>Defendant. | Case No. 2:00-cr-0160-PMP<br><br>Order |

The Court hereby clarifies the order of restitution previously entered as part of the Judgment in a Criminal Case in the US District Court, Southern District of Iowa (ECF No. 141 in case 4-98-cr-235 ("Judgment")), a sentence having been imposed on March 3, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment, and the Court therefore finds good cause exists to modify the restitution order as specified below.

It is therefore ordered that Defendant must make restitution to the following payees listed below in the amounts also specified below:

| | |
|---|---|
| GARY BERTAGNOLLI | $92.00 |
| ROBERT CASANOA AND WILLIAM WENTWORTH | $244.00 |
| GARY AND KENNETH CHEW | $592.00 |
| LARRY AN DWILLIAM LEGION | $1,596.00 |
| PATRICK MAGUIRE | $72.00 |
| JOHN MUSSO | $492.00 |
| MIKE SEMMA | $984.00 |
| ARMANDO TAFOYA | $60.00 |
| MARK SIZELOVE | $2,988.00 |
| KEN AND STEVE WINFIELD | $136.00 |
| DR. ROBERT COHEN | $392.00 |

| | |
|---|---:|
| LOIS JOHNSTON | $1,476.00 |
| ANDREW PANZER | $1,316.00 |
| BERNARD PANZER | $2,508.00 |
| SIDNEY PANZER | $9,440.00 |
| CECIL RAHE | $11,536.00 |
| ALPHAGRAPHICS | $724.00 |
| DOUGLAS CASE | $64.00 |
| AT&T | $5,288.00 |

Total Amount of Restitution ordered: $40,000.00

DATED THIS 30th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE